RAINES, adm'r, v. AMERICAN FREEHOLD· MORTGAGE Co.

This case is ruled by *Jackson* v. *The American Mortgage Co. of Scotland*,
88 *Ga.* 756.                                                *Judgment affirmed.*
    August 14, 1894,

*Assumpsit.* Before Judge GOBER. Quitman superior
court. September term, 1893.

W. D. KIDDOO, WILLIAM HARRISON and J. H. GUERRY,
for plaintiff in error.

W. E. SIMMONS and W. C. WORRILL, *contra.*

---

